Sidney B. HARR, Plaintiff-Appellant,

v.

N. Lorrin FREEMAN; Wake County, in the State of North Carolina, Defendants-Appellees.

No. 16-2042

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

Sidney B. Harr, Appellant Pro Se. Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney B. Harr appeals the district court's order granting N. Lorrin Freeman's motion to dismiss Harr's civil rights claims against Freeman. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Harr v. Freeman, No. 5:16-cv-00199-FL (E.D.N.C. Aug. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

AFFIRMED